In the Matter of the Accounting of WALTER DOWNS, as Administrator of the Estate of HENRY C. DOWNS, Deceased, Appellant; GRACE I. DOWNS, Respondent.

(Argued November 18, 1936; decided December 4, 1936.)

*Jonas J. Shapiro* and *Joseph P. Walsh* for appellant. *Daniel G. Brennan* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.